FOLEY & LARDNER LLP
(A Wisconsin Limited Liability Partnership)
Barry G. Felder
Anne B. Sekel
90 Park Avenue
New York, New York 10016
(212) 682-7474

*Attorneys for Defendant True Ultimate Standards Everywhere, Inc.*
*(sued herein as Trusted Universal Standards in Electronic Transactions, Inc.)*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUSS SMITH, pro se, <br><br> Plaintiff, <br><br> v. <br><br> TRUSTED UNIVERSAL STANDARDS IN ELECTRONIC TRANSACTIONS, INC. (d/b/a TRUSTe, Inc.); MICROSOFT, INC.; CISCO SYSTEMS, INC.; and COMCAST CABLE COMMUNICATIONS, LLC <br><br> Defendant. | **Civil Action No. 1:09-CV-04567-RBK-KMW** <br><br><br> **Document Electronically Filed** <br><br> **<u>NOTICE OF MOTION TO DISMISS</u>** |

**PLEASE TAKE NOTICE** that, upon the accompanying supporting memorandum of law, defendant True Ultimate Standards Everywhere, Inc. ("TRUSTe," sued herein as Trusted Universal Standards in Electronic Transactions, Inc.), by its undersigned counsel, will move this Court at the Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, New Jersey, before the Honorable Karen M. Williams, on the 2nd day of November, 2009, or as soon thereafter as counsel can be heard, for an Order, pursuant to Article III of the U. S. Constitution and Fed. R. of Civ. P. 12(b)(6), dismissing the complaint filed by plaintiff Russ

NYC_648578.1

Smith against defendant TRUSTe for lack of standing and failure to state a claim.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Civil Rule 7.1, any opposition papers must be served and filed at least fourteen (14) days prior to this return date of this motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: September 29, 2009

Respectfully Submitted,

FOLEY & LARDNER LLP

/s/ Barry G. Felder
Barry G. Felder
Anne B. Sekel
90 Park Avenue
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329
E-mail: bfelder@foley.com
E-mail: asekel@foley.com

TO: Clerk of the Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Honorable Robert B. Kugler
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Honorable Karen M. Williams
United States Magistrate Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Russ Smith
P.O. Box 1860

Ocean City, New Jersey 08226
*Plaintiff, pro se*

Robert A. White, Esq.
Christopher Iannicelli, Esq.
Morgan Lewis & Bockius LLP
502 Carnegie Center
Princeton, New Jersey 08540
*Attorneys for Defendant Cisco Systems, Inc.*

Harold Friedman, Esq.
Stryker, Tams & Dill LLP
Two Penn Plaza East
Newark, New Jersey 07105
*Attorneys for Defendant Comcast Cable Communications, LLC*

Charles B. Casper, Esq.
Fabiana Pierre-Louis, Esq.
Montgomery McCracken Walker & Rhoads, LLP
Liberty View, Suite 600, 457
Haddonfield Road
Cherry Hill, NJ 08002
*Attorneys for Defendant Microsoft Corp.*