MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
(A Limited Liability Partnership Formed in Pennsylvania)
By: Charles B. Casper and Fabiana Pierre-Louis
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 488-7700
*Attorneys for Defendant Microsoft Corporation (sued herein as Microsoft, Inc.)*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUSS SMITH, pro se<br><br>Plaintiff,<br><br>v.<br><br>TRUSTED UNIVERSAL STANDARDS IN ELECTRONIC TRANSACTIONS, INC., MICROSOFT, INC., CISCO SYSTEMS, INC., AND COMCAST CABLE COMMUNICATIONS, LLC,<br><br>Defendants. | CIVIL ACTION NO. 09-CV-04567-RBK-KMW<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**Returnable: November 2, 2009** |

**PLEASE TAKE NOTICE** that on November 2, 2009, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Microsoft Corporation (sued herein as Microsoft, Inc.) ("Microsoft"), by and through it attorneys Montgomery, McCracken, Walker & Rhoads, LLP, will move before the Honorable Robert B. Kugler, U.S.D.J., at the United States District Court for the District of New Jersey, Mitchell H. Cohen U.S. Courthouse, 1 John F. Gerry Plaza, Camden, New Jersey 08101, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff's Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Microsoft shall rely upon Defendants Comcast Cable Communications, LLC, Cisco Systems, Inc. and Microsoft

2476254v1

Corporation's Joint Memorandum of Law in Support of Their Motions to Dismiss Plaintiff's Complaint and proposed form of Order.

                                  Respectfully submitted,

                                  MONTGOMERY, McCRACKEN,
                                    WALKER & RHOADS, LLP

                                s/Charles B. Casper
                                Charles B. Casper
                                Fabiana Pierre-Louis
                                LibertyView, Suite 600
                                457 Haddonfield Road
                                Cherry Hill, NJ  08002
                                Tel:  (856) 488-7700
                                Fax:  (856) 488-7720

                                *Attorneys for Microsoft Corporation*
                                *(sued herein as Microsoft, Inc.)*

Dated:  September 29, 2009

2476254v1

## **CERTIFICATE OF SERVICE**

I, Fabiana Pierre-Louis, hereby certify that on the date listed below, a true and correct copy of Defendant Microsoft Corporation's Notice of Motion to Dismiss Plaintiff's Complaint, Proposed Order, and Certificate of Service were served via electronic filing upon the following individuals:

>Russ Smith
>P.O. Box 1860
>Ocean City, New Jersey 08226
>*Plaintiff, pro se*
>
>Robert A. White, Esq.
>Christopher Iannicelli, Esq.
>Morgan, Lewis & Bockius LLP
>502 Carnegie Center
>Princeton, New Jersey 08540
>*Attorneys for Defendant Cisco Systems, Inc.*
>
>Harold Friedman, Esq.
>Stryker, Tams & Dill LLP
>Two Penn Plaza East
>Newark, New Jersey 07105
>*Attorneys for Defendant Comcast Cable Communications, LLC*
>
>Barry G. Felder, Esq.
>Anne B. Sekel, Esq.
>Foley & Lardner LLP
>90 Park Avenue
>New York, NY 10016
>*Attorneys for Defendant True Ultimate Standards Everywhere, Inc.*
>
>s/Fabiana Pierre-Louis

Dated: September 29, 2009

2476254v1