

TWO PENN PLAZA EAST
NEWARK, NEW JERSEY 07105
(973) 491-9500
Fax: (973) 491-9692

TWO PENN PLAZA
SUITE 1500
NEW YORK, NEW YORK 10021
(212) 432-9180

HAROLD FRIEDMAN
Direct: (973) 491-3946
hfriedman@strykertams.com

Please Reply to: Newark

October 5, 2009

*Via Regular Mail and Filed Electronically*

Honorable Robert B. Kugler, U.S.D.J.
United States District Court
District of New Jersey
P.O. Box 880, Room 6040
Camden, NJ 08101

    Re:    *Russ Smith, pro se v. Trusted Universal Standards, et al.*
            Civil Action 1:09-cv-04567 (RBK) (KMW)

Dear Judge Kugler:

Enclosed herewith please find Chamber's copy of Defendants' Brief in Opposition to Plaintiff's Motion for Partial Remand, jointly filed on behalf of Defendants Comcast Cable Communications, LLC, True Ultimate Standards Everywhere, Inc. (improperly plead as Trusted Universal Standards in Electronic Transactions, Inc.), Cisco Systems, Inc. and Microsoft Corporation. We also enclose herewith a copy our Certification of Service with respect to same.

I thank the Court for its kind attention.

                                    Respectfully,

                                    */s/ Harold Friedman*
                                    Harold Friedman

HF:dp

enc.:    Brief and Certification of Service

cc:     Russ Smith, Plaintiff *pro se* (w/enclosure via electronic service)
        Barry G. Felder, Esq. (w/enclosure via electronic service)
        Charles B. Casper, Esq. (w/enclosure via electronic service)
        Robert A. White, Esq. (w/enclosure via electronic service)