UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

Camden Office                                    Date of proceeding: October 15, 2009

**JUDGE KAREN M. WILLIAMS**

COURT REPORTER: DISC #42

**DOCKET NO. 09-cv-4567 (RBK)**

**TITLE OF CASE:**
RUSS SMITH
     v.
TRUSTED UNIVERSAL, et al.,

**APPEARANCES:**
Russ Smith, (Pro Se) plaintiff
Anne B. Sekel, Esquire and Barry G. Felder, Esquire, for deft.
Trusted Universal Standards in electronic Transactions
Fabiana Pierre-Louis, Esquire for deft. Microsoft, Inc.
Robert Alan White, Esquire for deft. Cisco Systems, Inc.
Harold Friedman, Esquire deft., Comcast Cable Communication, LLC.

**NATURE OF PROCEEDINGS:** Initial Scheduling Conference held on the record.

**DEPUTY CLERK: s/ Denise Wolk**

CC:   CHAMBERS

Time Commenced: 9:23
Time Adjourned: 10:00
**Total Time in Court:  37   mins.**