

STRYKER
TAMS & DILL LLP

TWO PENN PLAZA EAST
NEWARK, NEW JERSEY 07105
(973) 491-9500
Fax: (973) 491-9692

TWO PENN PLAZA
SUITE 1500
NEW YORK, NEW YORK 10021
(212) 432-9180

HAROLD FRIEDMAN
Direct: (973) 491-3946
hfriedman@strykertams.com

Please Reply to: Newark

November 4, 2009

*Via electronic filing and 1st class Mail*
Honorable Karen Williams, U.S.M.J.
United States District Court
District of New Jersey
One John F. Gerry Plaza
Fourth & Cooper Streets
Camden, NJ 08101

    Re:   *Russ Smith, pro se v. Trusted Universal Standards, et al.*
            Civil Action 1:09-cv-04567 (RBK) (KMW)

Dear Judge Williams:

    We represent defendant Comcast Cable Communications, LLC ("Comcast") in this action. On behalf of all defendants I have today electronically filed a Joint Memorandum of Law In Opposition to Plaintiff's Motion For Leave to Amend the Complaint. All counsel and the plaintiff pro se Russ Smith have been served electronically.

    Enclosed for Your Honor is a chambers copy of the above referenced Joint Memorandum filed on behalf of all defendants.

    We thank the Court for its courtesies.

Respectfully yours,

Harold Friedman

Enclosures
cc    Russ Smith, Plaintiff *pro se* (w/enclosure via electronic service)
      Charles B. Casper, Esq. (w/enclosure via electronic service)
      Barry G. Felder, Esq. (w/enclosure via electronic service)
      Christopher Iannicelli, Esq. (w/enclosure via electronic service)